# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **BUCKHEAD PROPERTY DEVELOPMENT, LLC,** | Case No. 23-50755 |
| Debtor. | |

## **DECLARATION**

I, Lloyd Garnder Dominick, make the following declaration:

1. I am over the age of 18, I suffer no legal disabilities, and if called as a witness, I could testify completely to the facts set forth herein.

2. I hereby certify that Buckhead Property Development, LLC does not maintain a balance sheet, cash flow statement, or statement of operations in the ordinary course of business, and has never filed a federal or state income tax return.

3. I make this Declaration to show compliance with 11 U.S.C. § 1116(1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED ON June 20, 2023

BUCKHEAD PROPERTY
DEVELOPMENT, LLC

*/s/Lloyd Gardner Dominick*
Lloyd Gardner Dominick
Sole Member